UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UA LOCAL 13 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE INC., WHITNEY WOLFE HERD, ANURADHA B. SUBRAMANIAN, ANN MATHER, CHRISTINE L. ANDERSON, R. LYNN ATCHISON, SACHIN J. BAVISHI, MATTHEW S. BROMBERG, AMY M. GRIFFIN, JONATHAN C. KORNGOLD, JENNIFER B. MORGAN, ELISA A. STEELE, PAMELA A. THOMAS-GRAHAM, BLACKSTONE GROUP INC., GOLDMAN SACHS & CO. LLC, CITIGROUP GLOBAL MARKETS INC., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC and BLACKSTONE SECURITIES PARTNERS L.P.,<br><br>Defendants. | Case No. 1:22-cv-00624-VSB<br><br>CLASS ACTION |

**NOTICE OF MOTION OF LOUISIANA SHERIFFS' PENSION AND RELIEF FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Vernon S. Broderick, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, New York, Louisiana Sheriffs' Pension and Relief Fund ("Louisiana Sheriffs") will respectfully move this Court, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an order: (1) appointing Louisiana Sheriffs as Lead Plaintiff; (2) approving its selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the Class; and (3) granting any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that Louisiana Sheriffs believes it is the "most adequate plaintiff" under the PSLRA and is therefore entitled to be appointed Lead Plaintiff. Specifically, Louisiana Sheriffs believes that it has the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $617,000 in losses, as calculated on a last-in, first-out basis, that it incurred on its purchases of 25,150 shares of Bumble Inc. ("Bumble") Class A common stock in Bumble's September 10, 2021 secondary public offering. Louisiana Sheriffs also satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class. Moreover, Louisiana Sheriffs is a paradigmatic Lead Plaintiff under the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation, which guarantees effective monitoring and supervision of counsel.

Louisiana Sheriffs hereby respectfully requests oral argument.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Hannah Ross filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Louisiana Sheriffs respectfully requests that the Court: (1) appoint Louisiana Sheriffs as Lead Plaintiff pursuant to the PSLRA; (2) approve its selection of Bernstein Litowitz to serve as Lead Counsel for the Class; and (3) grant any such further relief as the Court may deem just and proper.

Dated: March 25, 2022

Respectfully submitted,

*/s/ Hannah Ross*
Hannah Ross
Avi Josefson
Scott R. Foglietta
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Proposed Lead Plaintiff Louisiana Sheriffs' Pension and Relief Fund, and Proposed Lead Counsel for the Class.*