UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UA LOCAL 12 PENSION FUND, individually :
and on behalf of all others similarly  :
situated,                              :            22cv624 (DLC)
                                       :
                         Plaintiff,    :               ORDER
                                       :
          -v-                          :
                                       :
BUMBLE INC., et al.                    :
                                       :
                         Defendants.   :
                                       :
---------------------------------------:
                                       X

DENISE COTE, District Judge:

On April 15, 2022, the plaintiff filed a class action
lawsuit on behalf of all those who purchased Class A common
stock of Bumble, Inc. directly in the secondary public stock
offering that took place on or about September 10, 2021.  The
complaint alleges violations of §§ 11, 12(a)(2), and 15 of the
Securities Exchange Act of 1933 ("1933 Act").

Section 77z-1 of the Private Securities Litigation Reform
Act ("PSLRA"), 15 U.S.C. § 77z-1(a)(3)(A)(i), requires that:

> Not later than 20 days after the date on which the
> complaint is filed, the plaintiff or plaintiffs shall
> cause to be published, in a widely circulated national
> business-oriented publication or wire service, a
> notice advising members of the purported plaintiff
> class--
>
>> (I) of the pendency of the action, the claims
>> asserted therein, and the purported class period;
>> and

                (II) that, not later than 60 days after the date
                on which the notice is published, any member of
                the purported class may move the court to serve
                as lead plaintiff of the purported class.

15 U.S.C. § 77z-1(a)(3)(A)(i).  The PSLRA also requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members.  See id. § 77z-1(a)(3)(B)(i).

Plaintiff's counsel appears to have published the required notice on January 24, 2022.  Members of the purported class were therefore required by March 25, 2022 to move to serve as lead plaintiffs.  On March 25, 2022, the Teamsters Local 710 Pension Fund and the Louisiana Sheriffs' Pension and Relief Fund both moved to serve as lead plaintiffs.  The motions were fully submitted on April 15, 2022.  This case was reassigned to me on August 16, 2022.  Accordingly, it is hereby

ORDERED that oral argument shall be held on **August 25** at **9:30 a.m.** to consider the motions for appointment of lead plaintiff and lead counsel and for consolidation.  The hearing shall be held in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that the named plaintiffs shall
promptly serve a copy of this Order on each of the defendants.

Dated:      New York, New York
            August 16, 2022

_____
DENISE COTE
United States District Judge