UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UA LOCAL 12 PENSION FUND, individually   :    22cv624(DLC)
and on behalf of all others similarly    :
situated,                                :    ORDER
                                         :
                    Plaintiff,           :
          -v-                            :
                                         :
BUMBLE INC., et al.                      :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   Oral argument in this case is currently scheduled to be held on August 25, 2022 at 9:30 a.m.  It is hereby

   ORDERED that the oral argument is rescheduled to **August 25, 2022 at 11:00 a.m.**  The hearing shall be held in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

   SO ORDERED:

Dated:    New York, New York
          August 23, 2022

                              _____
                                       DENISE COTE
                              United States District Judge