Case 1:22-cv-00624-DLC Document 60 Filed 02/09/23 Page 1 of 1

# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-3539

E-mail Address
jyoungwood@stblaw.com

February 8, 2023

**Via ECF**
Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

*Granted.*
*/s/ Denise Cote*
*2/9/23*

Re: *In re Bumble Inc., Securities Litigation*, 22-cv-00624-DLC

Dear Judge Cote:

We respectfully submit this Letter Motion pursuant to Section 8(B) of Your Honor's Individual Practices in Civil Cases, for an order sealing the February 8, 2023 Letter to Your Honor contemporaneously filed herewith, ECF 59. Lead Plaintiff consents to this request.

The document that Defendants seek to seal contains sensitive, nonpublic business information that the parties have agreed to maintain as confidential. Notwithstanding the presumption in favor of public access, the information is of a type that courts in this district routinely permit parties to maintain under seal.

As such, we respectfully request that this Court permit the filing of the February 8, 2023 Letter under seal. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jonathan K. Youngwood*
Jonathan K. Youngwood
Craig S. Waldman
SIMPSON THACHER & BARTLETT LLP
*Counsel for Bumble, the Executive Defendants, the Director Defendants, the Blackstone Defendants, and Blackstone Securities Partners L.P.*

cc: All Counsel (via ECF)

BEIJING   BRUSSELS   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.