UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE BUMBLE, INC. SEC. LITIG. | : | Civil Action No. 1:22-cv-00624-DLC |
| This Document Relates To: | : | <u>CLASS ACTION</u> |
| ALL ACTIONS. | : | |

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff UA Local 13 Pension Fund (the "Pension Fund") hereby voluntarily dismisses its claims without prejudice to its ability to participate in this action as an absent class member.  The Pension Fund's counsel is also concurrently filing a withdrawal of appearance in this action.  The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED:  February 23, 2023 　　　　　Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN


*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

Counsel for Plaintiff UA Local 13 Pension Fund

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 23, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Samuel H. Rudman
    SAMUEL H. RUDMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  srudman@rgrdlaw.com

# Mailing Information for a Case 1:22-cv-00624-DLC IN RE BUMBLE, INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Amy Dawson**
  amy.dawson@stblaw.com,managingclerk@stblaw.com,9401442420@filings.docketbird.com

- **Scott Russell Foglietta**
  scott.foglietta@blbglaw.com,Khristine.DeLeon@blbglaw.com,managingclerk@blbglaw.com,AdamW@blbglaw.com,tyler.yagman@blbglaw.com,Matthew.Mahady@b

- **William Eugene Freeland**
  billy.freeland@blbglaw.com,managingclerk@blbglaw.com

- **Adam Selim Hakki**
  ahakki@shearman.com,managing-attorney-5081@ecf.pacerpro.com,Courtalert@shearman.com,manattyoffice@shearman.com,adam-hakki-1816@ecf.pacerpro.com

- **Daniel Craig Lewis**
  daniel.lewis@shearman.com,managing-attorney-5081@ecf.pacerpro.com,daniel-lewis-6070@ecf.pacerpro.com,CourtAlert@Shearman.com,manattyoffice@shearman.com

- **Jeremy Patrick Robinson**
  jeremy@blbglaw.com

- **Hannah Elizabeth Ross**
  hannah@blbglaw.com,catherine@blbglaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Elizabeth Johnson Stewart**
  elizabeth.stewart@shearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,elizabeth-stewart-0821@ecf.pacerpro.com,manattyoffice@shearman.com

- **Craig Scott Waldman**
  cwaldman@stblaw.com,2395227420@filings.docketbird.com,managingclerk@stblaw.com

- **Jonathan K. Youngwood**
  jyoungwood@stblaw.com,managingclerk@stblaw.com,7448332420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`