UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BUMBLE, INC. SECURITIES LITIGATION | Civil Action No. 22-cv-624 (DLC)<br><br><u>CLASS ACTION</u> |

**NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT AND
<u>APPROVAL OF NOTICE TO THE SETTLEMENT CLASS</u>**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that based on the Stipulation and Agreement of Settlement dated March 27, 2023 (the "Stipulation"), attached hereto as Exhibit 1; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund ("Lead Plaintiff") hereby moves this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for preliminary approval of the proposed Settlement so that notice may be provided to the Settlement Class.[1] Specifically, Lead Plaintiff respectfully requests that the Court enter an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of providing notice to the Settlement Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for attorneys' fees and expenses. The Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement is submitted with this Motion. In accordance with the terms of the Stipulation, Defendants do not oppose the Motion and Lead Plaintiff believes that the Motion is appropriate for resolution without a hearing.

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

Dated:  March 31, 2023

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

*/s/ Jeremy P. Robinson*
Salvatore Graziano
Jeremy P. Robinson
William E. Freeland
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
salvatore@blbglaw.com
jeremy@blbglaw.com
william.freeland@blbglaw.com

*Lead Counsel for Lead Plaintiff and the Settlement Class*

KLAUSNER, KAUFMAN, JENSEN
  & LEVINSON, P.A.
Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Lead Plaintiff*