UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE BUMBLE, INC. SECURITIES             :    22cv624(DLC)
LITIGATION                                :
                                          :         ORDER
----------------------------------------- X

DENISE COTE, District Judge:

On March 31, 2023, the lead plaintiff filed a motion for preliminary approval of a settlement. It is hereby

ORDERED that a telephone conference shall be held in this case on April 5, 2023 at 3:00 p.m. The parties shall use the following dial-in credentials for the conference:

    Dial-in:       888-363-4749
    Access code:   4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         April 4, 2023

                                                    DENISE COTE
                                     United States District Judge