UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UA LOCAL 12 PENSION FUND, individually   :   22cv624(DLC)
and on behalf of all others similarly    :
situated,                                :   ORDER
                                         :
                          Plaintiff,     :
                -v-                      :
                                         :
BUMBLE INC., et al.                      :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the fairness hearing scheduled for August 4 is adjourned to **August 8, 2023 at 2:30 P.M.** The hearing shall be held in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

Dated:  New York, New York
        July 24, 2023

                                              _____
                                                 DENISE COTE
                                    United States District Judge