## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BUMBLE, INC. SECURITIES LITIGATION | Civil Action No. 22-cv-624 (DLC) <br><br> <u>CLASS ACTION</u> |

### SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED

I, Luiggy Segura, declare as follows:

1. I am the Vice President of Securities Operations at JND Legal Administration ("JND"). Pursuant to the Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement dated April 14, 2023 (the "Preliminary Approval Order"), JND was authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action"). I submit this declaration as a supplement to my earlier submitted declaration, the Declaration of Luiggy Segura Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated June 28, 2023 (the "Initial Mailing Declaration").[1] I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

### CONTINUED MAILING OF THE NOTICE PACKET

2. Since the execution of the Initial Mailing Declaration, JND continued to disseminate copies of the Notice Packet in response to additional requests from potential Settlement Class Members and nominees. As of July 25, 2023, JND has mailed a total of 102,312

---

[1] Capitalized terms that are not defined in this declaration have the same meanings as set forth in the Stipulation and Agreement of Settlement dated March 27, 2023. ECF No. 68-1.

Notice Packets to potential Settlement Class Members and nominees.

## TELEPHONE HELPLINE AND WEBSITE

3. JND continues to maintain the toll-free telephone number (844-798-0752) and interactive voice response system to accommodate any inquiries from potential members of the Settlement Class with questions about the Action and the Settlement. JND also continues to maintain the settlement website (www.BumbleSecuritiesLitigation.com) to assist members of the Settlement Class.

4. On June 29, 2023, JND posted to the settlement website copies of the papers filed in support of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation and Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses.

5. On June 24, 2023, JND updated the website to inform Settlement Class Members of the Court's adjournment of the Settlement Fairness Hearing, originally scheduled for August 4, 2023, to August 8, 2023, at 2:30 p.m. JND will continue to maintain and, as appropriate, update the website and toll-free telephone number until the conclusion of the administration.

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED

6. The Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class are to be sent to the Claims Administrator, such that they are received no later than July 12, 2023. As of July 25, 2023, JND has received two (2) requests for exclusion.

7. Exhibit 1 attached hereto list the names of the persons who have requested exclusion from the Settlement Class and their city and state/country. Copies of the requests for exclusion are attached hereto as Exhibits 2 and 3. In the interest of privacy and security, the requests for exclusion have been redacted to remove the street addresses, telephone numbers, and financial account numbers of the persons requesting exclusion.

8.      Request for Exclusion #1, submitted by Hammami Semi, includes a trading statement indicating that this individual purchased 8 shares of Bumble Class A common stock on May 4, 2021, *prior* to both the September 10, 2021 SPO and the start of the Settlement Class Period. *See* Exhibit 2 hereto.

9.      Request for Exclusion #2, submitted by Angela Nagele, includes trading information indicating that this individual purchased 110 shares of Bumble Class A common stock during the Settlement Class Period (95 shares purchased on November 18, 2021 and 15 shares purchased on December 23, 2021) *after* the SPO and has not provided any information demonstrating that those shares were specifically traceable to the September 10, 2021 SPO. *See* Exhibit 3 hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of July, at New Hyde Park, NY.

_____
LUIGGY SEGURA