UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BUMBLE, INC.<br>SECURITIES LITIGATION | Civil Action No. 22-cv-624 (DLC)<br><br>CLASS ACTION |

### DECLARATION OF JACQUES J. LAMOTHE REGARDING DEFENDANTS' CAFA NOTICE COMPLIANCE

I, Jacques J. Lamothe, declare as follows:

1. I am an associate at the law firm of Simpson Thacher & Bartlett LLP ("Simpson Thacher"), counsel for Defendants Bumble,[1] the Executive Defendants, the Director Defendants, the Blackstone Defendants, and Blackstone Securities Partners L.P. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

2. I submit this declaration to set forth the manner in which notice of the proposed class action settlement was provided to appropriate federal and state officials in compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, *et seq.*, and paragraph 11 of the Court's April 14, 2023 Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (the "Order").

3. On May 31, 2023, Lead Plaintiff filed the Notice of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class, which attached a copy of the parties' Settlement as an exhibit.

4. On April 10, 2023, Simpson Thacher mailed notice of the Settlement, enclosing a CD-ROM containing the documents and information required under 28 U.S.C. § 1715(b), to the

---

[1] Capitalized terms not otherwise defined herein have the same meaning ascribed to them in the Stipulation and Agreement of Settlement executed on March 27, 2023 ("Settlement"). ECF No. 68-1.

Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia, and U.S. territories (the "CAFA Notice"). A copy of the CAFA Notice was also sent to Lead Plaintiff's counsel.

5. A true and correct copy of the CAFA Notice (exhibits omitted) is attached hereto as **Exhibit**.

6. A certificate of service attesting to service of the CAFA Notice is attached hereto as **Exhibit B**.

7. Simpson Thacher has not received notice that any of the Attorneys General intend to object to the Settlement.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

Executed this 26 day of July, 2023.

_____
Jacques J. Lamothe